# Order

**Michigan Supreme Court**
**Lansing, Michigan**

July 28, 2009

139114

Marilyn Kelly,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman
Diane M. Hathaway,
Justices

_____

In re ALEXANDER MITCHELL, NATHAN MITCHELL, and NICHOLAS MITCHELL, Minors.

_____

DEPARTMENT OF HUMAN SERVICES,
      Petitioner-Appellee,

v

WILLIAM MITCHELL,
      Respondent-Appellant.

_____/

SC: 139114
COA: 286895
Clinton CC Family Division:
06-019136-NA

On order of the Court, the application for leave to appeal the March 24, 2009 judgment of the Court of Appeals is considered. We DIRECT the Clinton County Prosecuting Attorney to answer the application for leave to appeal within 28 days of the date of this order.

The application for leave to appeal remains pending.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

July 28, 2009

_____
Clerk

s0721